AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**

JAN 1 3 2026

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT
## for the
### Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | |
| **Malkesh Kiritbhai PATEL,** | ) | Case No.  8:26-MJ-5 (GLF) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date(s) of January 11, 2026, in the county of Clinton in the Northern District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant, an alien, native and citizen of India, who has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, entered and was thereafter found in the United States without the Attorney General of the United States, or her successor, the Secretary of Homeland Security, having expressly consented to his reapplication for admission into the United States. |

This criminal complaint is based on these facts:

☒    Continued on the attached sheet.

_____
*Complainant's signature*

Asta M. Amar, Border Patrol Agent

*Printed name and title*

*Attested to be the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.*
Sworn to before me and signed in my presence.

Date: ___JAN. 13, 2026___

_____
*Judge's signature*

City and State:    Plattsburgh, NY

Hon. Gary L. Favro, U.S. Magistrate Judge

*Printed name and title*

*United States of America v.* Malkesh Kiritbhai PATEL

On January 11, 2026, at approximately 11:39 p.m., Swanton Sector Dispatch notified Border Patrol Agents in Champlain, New York that they had received remote images from border surveillance technology showing a group of people walking southbound near Perry Mills Road in Champlain, New York. This area is commonly used as an illegal entry point by people attempting to cross undetected into the United States from Canada.

Agents responded to the area and observed five individuals who matched the description of the images walking towards them. The agents approached these people, identified themselves as Border Patrol Agents, and questioned them as to their citizenship. A subject identified as Malkesh Kiritbhai PATEL was among them. PATEL claimed to be a citizen of India and did not possess any immigration documents to be within the United States legally. PATEL and the other four subjects were placed under arrest and transported to the Champlain Border Patrol Station for further investigation and processing.

At the station, PATEL's biographical information and fingerprints were entered into Department of Homeland Security databases. Record checks confirmed that PATEL did not have any immigration documentation that would allow him to be within the United States legally. Record checks further revealed PATEL had been previously ordered removed from the United States.

On August 19, 2024, PATEL was encountered by Border Patrol Agents near Sasabe, Arizona and arrested after it was determined he had illegally entered the United States from Mexico. On August 20, 2024, PATEL was issued an Expedited Removal. On April 6, 2025, PATEL was removed from the United States through the New York, New York, (Kennedy) Port of Entry.

A search of relevant immigration records confirmed that PATEL has not sought nor obtained the express permission of the Attorney General, or her successor, the secretary of Homeland Security, to return to the United States following his previous removal.